# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAY L. WHALEY                                                                              PLAINTIFF

v.                                         4:20-cv-00371-BRW-JJV

CORMAN, *et al*.                                                      DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

## **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the district judge or magistrate judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the magistrate judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the magistrate judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the district judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Jay L. Whaley ("Plaintiff"), whose address of record reflects he is incarcerated at the W.C. "Dub" Brassell Adult Detention Center, filed this action on April 2, 2020, alleging violations of his constitutional rights. (Doc. No. 1.) He did not, however, pay the administrative and filing fee or ask to proceed *in forma pauperis*. On April 3, 2020, I directed Plaintiff to submit within thirty (30) days either the $400 filing fee[1] or a proper and complete Application to Proceed without Prepayment of Fees and Affidavit. (Doc. No. 2.) I cautioned Plaintiff that his failure to comply with my Order may result in the dismissal of his case without prejudice. (*Id*.)

More than thirty days have now passed from the entry of my April 3, 2020 Order. Plaintiff has failed to comply with the Order and mail to Plaintiff is being returned as undeliverable, indicating he also failed to update his address with the Court. (Doc. Nos. 5, 6.). Plaintiff was warned that such failure could result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). (Doc. No. 2.)

---

[1] Effective May 1, 2013, the cost for filing a new civil case is $400. The increase is due to a new $50 administrative fee, which does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

2

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 5th day of May 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE