# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAY L. WHALEY**                                                                                       **PLAINTIFF**

**VS.**                                            **4:20CV000371-BRW-JJV**

**CORMAN,** *et al***.**                                                                               **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 7) submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.  I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 28th day of May, 2020.


                                                   Billy Roy Wilson_____
                                                 UNITED STATES DISTRICT JUDGE