# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAY L. WHALEY**                                                       **PLAINTIFF**

**VS.**                       **4:20CV000371-BRW-JJV**

**CORMAN,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of May, 2020.


                                                          Billy Roy Wilson_____
                                                          UNITED STATES DISTRICT JUDGE